1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SANDRA SWAIN,                              )          Case No. CV 11-04870-JEM
                                           )
                    Plaintiff,             )
                                           )          **JUDGMENT**
          v.                               )
                                           )
MICHAEL J. ASTRUE,                         )
Commissioner of Social Security,           )
                                           )
                    Defendant.             )
_____)

    In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: <u>March 30, 2012</u>                    <u>          /s/ John E. McDermott          </u>
                                                    JOHN E. McDERMOTT
                                              UNITED STATES MAGISTRATE JUDGE